Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re:<br><br>MIKE TERANCE TRACY,<br>JULIA SCYSILLIA NELSIONI,<br><br>            Debtors. | Case No. 20-40074-JMM |
| NANCY KUNAU,<br><br>            Plaintiff,<br>vs.<br><br>MIKE TERANCE TRACY,<br><br>            Defendant. | Adversary No. 20-08024-JMM |

DEFAULT JUDGMENT AND ORDER

JUDGMENT IS ENTERED AS FOLLOWS:

1. Plaintiff's Application for Default Judgment is GRANTED.

2. Judgment is ENTERED recognizing the Idaho 5th District, Cassia County Magistrate Court's appointment of Nancy Kunau as Guardian ad Litem in that case, along with her appointed legal counsel, both to represent the best interests of the children, and that such debts incurred within the scope of those appointments and awarded by that court, are NONDISCHARGEABLE pursuant to §523(a)(5) as against Defendant Mike Terance Tracy.

3. Plaintiff may move for an award of fees and costs upon a proper application.

4. ~~Plaintiff's Motion for Fees and Costs is GRANTED.~~

5. ~~Judgment is ENTERED awarding fees and costs to Plaintiff, Nancy Kunau and her legal counsel, in the amount of $1,794.00 in fees and $11.00 in costs, payable by Defendant Mike Terance Tracy, together with post-judgment interest accruing as~~

~~provided by statute with related collection and execution fees and costs.~~



DATED:  July 8, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court struck the last two paragraphs of the proposed judgment and added a new paragraph 3 and entered the judgment

Submitted by:
/s/ Paul Ross
Attorney for Plaintiff

2

Default Judgment and Order